**Jeffery Edward PORTER, Plaintiff–Appellant,**

v.

**Trevor Jared ROBINSON, Attorney and Counselor at Law, Defendant–Appellee.**

No. 13–6412.

United States Court of Appeals, Fourth Circuit.

Submitted: June 20, 2013.

Decided: June 26, 2013.

Jeffery Edward Porter, Appellant Pro Se.

Before GREGORY, DUNCAN, and DAVIS, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jeffery Edward Porter appeals the district court's order dismissing his civil rights action for failure to state a claim. *See* 28 U.S.C. § 1915A(b)(1) (2006). On appeal, we confine our review to the issues raised in the Appellant's brief. *See* 4th Cir. R. 34(b). Because Porter's informal brief does not challenge the basis for the district court's disposition, Porter has forfeited appellate review of the court's order. Accordingly, we affirm the district court's judgment. We deny Porter's motions for the appointment of counsel and to amend his complaint. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*